UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –  x

SDL, plc                                                                :
                                                                            :
                                      Plaintiff,                   :    Case No. 18-cv-07799 (JMF)
                                                                            :
          - against –                                               :    **DISCLOSURE STATEMENT**
                                                                            :    **<u>PURSUANT TO FED R. CIV. P. 7.1</u>**
AVAYA, INC.                                                       :
                                                                            :
                                      Defendant.              :
– – – – – – – – – – – – – – – – – – – – – – – – – – – – –  x

Pursuant to FED. R. CIV. P. 7.1, defendant Avaya, Inc. ("Avaya"), by and through

its attorneys Bryan Cave Leighton Paisner LLP, hereby certifies that Avaya is a non-

governmental corporation that is a wholly-owned subsidiary of Avaya Holdings Corporation.


Dated: November 13, 2018                          **BRYAN CAVE LEIGHTON PAISNER LLP**
          New York, New York

                                                               By:     /s/ Chris LaRocco
                                                                         Chris LaRocco
                                                                  1290 Avenue of the Americas
                                                                  New York, New York 10104
                                                                  Tel: (212) 541-2000
                                                                  E: chris.larocco@bclplaw.com

                                                                  *Attorneys for Avaya, Inc.*