

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
www.bclplaw.com

November 13, 2018

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2202
New York, NY 10007-1312

> Re: *SDL plc v. Avaya, Inc.; C*ase No: 1:18-cv-07799-JMF
> Request for Adjournment

Dear Judge Furman:

Counsel in this matter jointly file this letter pursuant to the Court's Individual Rules and Practices seeking adjournments to accommodate for a forthcoming settlement conference between the parties scheduled to take place on November 26, 2018.

The parties have agreed that the time for defendant Avaya, Inc. to answer or otherwise respond to the First Amended Complaint filed by plaintiff SDL, plc should be extended through and including January 7, 2019. The parties seek a corresponding adjournment of the initial pre-trial conference in this matter, currently scheduled for November 29, 2018. The parties have determined that December 20, 2018, would be a mutually agreeable day for the initial pre-trial conference to take place, but counsel defer to the Court's availability to schedule such adjourned date.

This is the first request for adjournments in this matter. Should the Court wish to discuss this request, the parties will make themselves available at the Court's convenience.

Respectfully submitted,

SULLIVAN & WORCESTER LLP                    BRYAN CAVE LEIGHTON PAISNER LLP


By:    /s/ Gerry Silver                              By:    /s/ Chris LaRocco
     Gerry Silver                                         Chris LaRocco

*Counsel for SDL, plc*                          *Counsel for Avaya, Inc.*


12297471.1