

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SDL plc,

        Plaintiff

    v.

AVAYA INC.,

        Defendant.
----------------------------------------------------------X

Civil Action No. 1:18 CV 7799

AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
        S.S.
COUNTY OF NEW CASTLE)

        DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 2nd day of November, 2018, at approximately the time of 2:40pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT and NOTICE OF INITIAL PRETRIAL CONFERENCE** upon **AVAYA INC.**, c/o The Corporation Trust Company Corporation Trust Center at 1209 Orange Street, Wilmington, DE 19801 by personally delivering and leaving the same with **AMY MCLAREN**, who informed deponent that she is a Managing Agent and is authorized to receive service at that address.

        **AMY MCLAREN** is a white female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 140 pounds with brown hair.

_____
DANIEL NEWCOMB

Sworn to before me this
8 day of November, 2018



_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com