

December 21, 2018

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2202
New York, NY 10007-1312

      Re:    *SDL plc v. Avaya, Inc.; C*ase No: 1:18-cv-07799-JMF
             <u>Request for Adjournment</u>

Dear Judge Furman:

      We represent defendant, Avaya, Inc., in the above-referenced action and write pursuant to the Court's Individual Rules and Practices seeking an adjournment of the initial pre-trial conference, currently scheduled for January 17, 2019.

      This is the second request for an adjournment of the initial pre-trial conference. On November 13, 2018, the parties jointly requested that this conference be adjourned until December 20, 2018 or such other date as the Court might schedule. In the meantime, the parties have continued settlement discussions. However, to date, no settlement has been reached, and the undersigned is unable the January 17, 2019 conference scheduled by the Court due to depositions taking place in another matter in California during that week.

      The parties have conferred, and plaintiff, SDL, plc, consents to this request. We ask that the conference be adjourned until January 31, 2019, to accommodate for the various tasks to be accomplished prior to the initial pre-trial conference, or such date thereafter as the Court may find convenient. Should the Court wish to discuss this request, the parties will make themselves available at the Court's convenience.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By:   /s/ Chris LaRocco
      Chris LaRocco

*Counsel for Avaya, Inc.*

12372250.2