**BRYAN CAVE LEIGHTON PAISNER LLP**
Chris M. LaRocco
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2000
Fax: (212) 541-4630
chris.larocco@bclplaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ x

| | | |
|---|---|---|
| SDL, plc | : | |
| | : | |
| Plaintiff, | : | Case No. 18-cv-07799 (JMF) |
| | : | |
| - against – | : | **NOTICE OF MOTION TO DISMISS** |
| | : | |
| AVAYA, INC. | : | ORAL ARGUMENT REQUESTED |
| | : | |
| Defendant. | : | |

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ x

**PLEASE TAKE NOTICE** that upon the Amended Complaint filed on October 30, 2018, Defendant's Memorandum of Law in Support of Its Motion to Dismiss, the accompanying Declaration of Chris LaRocco, dated January 7, 2019, with its exhibits, and upon all prior pleadings and proceedings in this action, Defendant Avaya, Inc. hereby moves this Court, before the Honorable Jesse M. Furman, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing with prejudice all claims in the Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); and for such other and further relief as deemed just and proper by the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b) of the United States District Court for the Southern District of New York, Plaintiff shall serve and file any opposing papers to this motion on or before January 22, 2019, and Defendant shall serve and file any reply papers in further support of this motion seven days after the date of service of Plaintiff's opposition.

Dated: January 7, 2019
      New York, New York

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   /s/ Chris LaRocco
    Chris LaRocco
    1290 Avenue of the Americas
    New York, New York 10104
    Tel: (212) 541-2000
    E: chris.larocco@bclplaw.com

*Attorneys for Avaya, Inc.*