

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
www.bclplaw.com

January 22, 2019

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2202
New York, NY 10007-1312

      Re:    *SDL plc v. Avaya, Inc.; C*ase No: 1:18-cv-07799-JMF
                  <u>Referral to Court Mediation Program or Magistrate Judge</u>

Dear Judge Furman:

      Counsel in this matter jointly file this letter pursuant to the Court's Order dated January 17, 2019 (Dkt. # 22), which directs the parties to state whether referral to the Court's Mediation Program or to a Magistrate Judge for the purposes of settlement would assist them in their ongoing negotiations.

      The parties continue to engage in settlement discussions and both agree that referral to a Magistrate Judge would be helpful to their efforts to resolve this matter.  Thus, we respectfully request referral to a Magistrate Judge for the purposes of settlement in this matter, which centers on a certain software license and maintenance agreement.

      Should the Court wish to discuss this request, the parties will make themselves available at the Court's convenience.

Respectfully submitted,

SULLIVAN & WORCESTER LLP           BRYAN CAVE LEIGHTON PAISNER LLP


By:   /s/ Gerry Silver              By:   /s/ Chris LaRocco
      Gerry Silver                   Chris LaRocco

*Counsel for SDL, plc*              *Counsel for Avaya, Inc.*

12428763.3