UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SDL PLC,

                      Plaintiff,                      18-CV-7799 (JMF) (GWG)

     -v-                                  ORDER OF REFERENCE
                                               TO A MAGISTRATE
AVAYA, INC.,                                      JUDGE

                      Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| **_X_** | **Settlement** | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

The parties are directed to contact the chambers of Magistrate Judge Gorenstein no later than **January 28, 2019,** to schedule a settlement conference to occur, if possible, before the February 15, 2019 briefing deadline, *see* Docket No. 22.

SO ORDERED.

Dated: January 23, 2019                        _____
      New York, New York                      JESSE M. FURMAN
                                              United States District Judge